IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01481-AP

LYNNE BLANTON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Mark D. Elliott, Esq.
7884 Ralston Road
Arvada, CO 80002
Lawelliott@aol.com
303-424-5319

For Defendant:

TROY A. EID
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 7/31/06
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 8/3/06
   C. **Date Answer and Administrative Record Were Filed**: 10/3/06

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**
Because of workload and holiday schedules, counsel for Defendant requests additional time, until January 8, 2007 (34 days after the opening brief is filed) to file a response brief.

   A. **Plaintiff's Opening Brief Due:**     December 4, 2006
   B. **Defendant's Response Brief Due:**    January 8, 2007
   C. **Plaintiff's Reply Brief (If Any) Due:** January 23, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff requests oral argument.
Defendant does not request oral argument.

**10.**   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**   **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    **B.**   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**   **OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.**   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 24th day of October, 2006.

                                                BY THE COURT:

                                                S/John L. Kane
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/Mark D. Elliott 10/23/06

Mark D. Elliott, Esq.
7884 Ralston Road
Arvada, CO 80002
Lawelliott@aol.com
303-424-5319

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

KURT J. BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

s/Debra J. Meachum 10/23/06
By: Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant.

4