IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01481-MSK

LYNNE BLANTON,

    Plaintiff,

v.

LINDA S. McMAHON, Acting Commissioner of Social Security,

    Defendant.

---

### ORDER RESETTING ORAL ARGUMENT

---

THIS MATTER comes before the Court *sua sponte.*

**IT IS ORDERED** that the oral argument set for **November 2, 2007** is **VACATED** and **RESET** for **August 28, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. All other provisions of the Court's Order and Notice of Hearing issued on February 14, 2007 shall apply to the rescheduled hearing.

Dated this 22nd day of March, 2007

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge