IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01481-MSK

LYNNE BLANTON,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

_____

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT
28 U.S.C. § 2412**
_____

      The Court has reviewed the parties Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) dated December 18, 2007. Having reviewed the file and being fully advised, the Court

      **HEREBY ORDERS** that the stipulation for attorney fees under the EAJA is **APPROVED**, and Defendant is **ORDERED** to pay the amount of $3,500.00 to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

      DATED this 18th day of December, 2007.

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*
                                  _____

                                  Marcia S. Krieger
                                  United States District Judge